## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

NOEL CLARK, JR.; B. LYNN CALLAWAY,

    Plaintiffs,

v.                                                     CASE NO. 2: 09-CV-257-FtM-36SPC

CRAIG COFFEE, individually and as former head of Desoto County Code Division; SHELIA SAPP individually; JORGE HERNANDEZ individually and as head of Desoto County Code Division; LESTER HORNBAKE individually and as head of Desoto County Community Development; SANDRA GREEN individually; KIMBERLY ROUTT individually; TOM SOUTH individually; JIMMY DEES individually,

    Defendants.

_____/

## **ORDER**

    **THIS CAUSE** came on for consideration upon the Report and Recommendation filed by United States Magistrate Judge Sheri Chappell on December 13, 2010 (Dkt. 129), recommending that the Court deny Plaintiff Noel Clark's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 128) because Plaintiff's Notice of Appeal to the Eleventh Circuit is not taken in good faith in accordance with Fed. R. App. P. 24(a)(3) and 28 U.S.C. §1915(e). Plaintiff Clark did not file an objection to the Report and Recommendation, and the time for filing such an objection has expired.

    After carefully considering Plaintiff's Complaint and Amended Complaints (Dkt. 1, 21, 39), previous Affidavits to Proceed *In Forma Pauperis* and related orders (Dkt. 2, 13-14, 96, 99), and the Magistrate Judge's Report and Recommendation, and undertaking a *de novo* review of the legal

determinations recommended therein, the Court concludes that the Report and Recommendation should be confirmed and accepted.

**ACCORDINGLY**, it is now **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation of the Magistrate Judge (Dkt. 129) is **ADOPTED, CONFIRMED** and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff Clark's Motion to Proceed *In Forma Pauperis* (Dkt. 128) is **DENIED**.

**DONE AND ORDERED** at Ft. Myers, Florida, on this the 3rd day of January, 2011

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

COPIES TO:
UNITED STATES MAGISTRATE JUDGE SHERI P. CHAPPELL
COUNSEL OF RECORD AND UNREPRESENTED PARTIES